463 A.2d 31

Commonwealth v. McClennon, Appellant.

Argued March 24, 1983.  Edward M. Kopanski, for appellant;  Robert Ciaffa, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.